Probation Form No. 35  (1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF ARKANSAS**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 9 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA

v.                                                     Crim. No. 4:04CR00242-01 JLH

MONA LISA HINTON

On January 20, 2005, the above-named defendant was sentenced for the offense of embezzlement and misappropriation of funds by bank employee to a prison term of one day time served with a five year term of supervised release to follow.  In addition, the following special conditions were ordered:  DNA testing; no new lines of credit; financial disclosure; restitution in the amount of $9,659.72 and a $100 special penalty assessment.

The defendant began supervision on January 20, 2005.  Restitution was paid in full on February 26, 2008.  Ms. Hinton has maintained employment and a stable residence for 18 months.  She has not had any violations and has been compliant with all conditions imposed. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety.  Her criminal history does not include any history of violence.

Ms. Hinton meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C.3583(e)(1); additionally, she has completed three years of supervision as required by statute.  Therefore, it is  recommended that the term of supervision be terminated.

Respectfully submitted,

Elaine Staton
U.S. Probation Officer

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this _____ day of _____, _____.

_____
Honorable Chief J. Leon Holmes
U.S. District Judge